■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. MITCHELL, Appellant. [749 NYS2d 198] —Appeal from a judgment of Oswego County Court (Hafner, Jr., J.), entered September 25, 2001, convicting defendant upon his plea of guilty of sodomy in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed and the matter is remitted to the Oswego County Court for proceedings pursuant to CPL 460.50 (5). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.